**Order**

Per Curiam:

Victor A. Edwards appeals the judgment of the Circuit Court of Sullivan County, Missouri, denying, after an evidentiary hearing, his motion for post-conviction relief pursuant to Rule 29.15. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).

**Victor A. EDWARDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77131**

Missouri Court of Appeals,
Western District.

ORDER FILED: December 16, 2014

Janet M. Thompson, Special Public Defender, Columbia, MO, Attorney for Appellant.

Chris Koster, Attorney General, Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division II: Joseph M. Ellis, Presiding Judge, and Victor C. Howard and Mark D. Pfeiffer, Judges